PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
MO-02-CR-008 (01)

DOCKET NUMBER *(Rec. Court)*
CR 08 0152 MHP

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ALEC MCLEOD BOYKIN<br><br>SAN FRANCISCO, CALIFORNIA | WESTERN/TEXAS | MIDLAND |

NAME OF SENTENCING JUDGE
THE HONORABLE ROBERT JUNELL

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| 08-09-2006 | 08-09-2006 | 09-08-2008 |

OFFENSE

AIDING AND ABETTING/TRANSPORTATION OF ILLEGAL ALIENS FOR COMMERCIAL ADVANTAGE AND FINANCIAL GAIN in violation of 8 U.S.C. 1324 (a)(2)(B)(2)(ii) & 18 U.S.C. 2:

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____WESTERN____ DISTRICT OF ____TEXAS____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____NORTHERN DISTRICT OF CALIFORNIA____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3-3-08
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____NORTHERN____ DISTRICT OF ____CALIFORNIA____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/11/08
_____
Effective Date

_____
United States District Judge