PROB 22 (Rev. 2/88)

**TRANSFER OF JURISDICTION**

CR 08 0151 SI

E-filing

DOCKET NUMBER (Tran. Court): 04CR 05-002-S-BLW

DOCKET NUMBER (Rec. Court):

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael William Gaylord<br>One Painter Street #24<br>Rio Del, CA 95407 | Idaho | Boise |
| | NAME OF SENTENCING JUDGE | |
| | David O. Carter | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/25/05 — TO 10/24/10 |

**OFFENSE**

21 § 846, 841(a)(1) Conspiracy to Manufacture, Distribute, Possess with Intent to Distribute Marijuana
21 § 853 Drug Forfeiture

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Idaho___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/5/2008
_Date_

B. _____ W_____
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/11/08
_Effective Date_

_United States District Judge_