# United States Courts

U.S. Federal Bldg & Courthouse
550 W Fort St, Box 039
Boise, ID 83724
PH: (208) 334-1361
FAX: (208) 334-9362

Cameron S. Burke, Court Executive



**FILED**

MAR 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 08-151 SI

March 17, 2008

United States District Court
District of Northern California
Clerk of Court
450 Golden Gate Ave.
San Franciso, CA 94102

RE:  USA v. Michael William Gaylord
     Idaho case number: 1:04-CR-05-02
     Your case number:

Dear Clerk of Court:

The Transfer of Jurisdiction Order was signed on 3/11/08 and jurisdiction accepted by your judge.

Documents may be accessed through our CM/ECF system at www.id.uscourts.gov. If you do not have a Court PACER login and password, please contact me for assistance.

Please provide your new case number, sign a copy of this letter, and return it to me as a receipt. If I can be of further assistance, please let me know. I can be reached at (208) 334-9095.

Sincerely,
Cameron S. Burke

By:
Darlene Smith
Deputy Clerk


ACKNOWLEDGMENT OF RECEIPT:

Received
by:_____ Date:_____

| PROB 22 (Rev. 2/88) | E-filing TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 1:04CR 05-002-S-BLW |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Michael William Gaylord One Painter Street #24 Rio Del, CA 95407 | DISTRICT Idaho | DIVISION Boise | |
| | NAME OF SENTENCING JUDGE David O. Carter | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/25/05 | TO 10/24/10 |

OFFENSE
21 § 846, 841(a)(1) Conspiracy to Manufacture, Distribute, Possess with Intent to Distribute Marijuana
21 § 853 Drug Forfeiture

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Idaho___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/5/2008
Date

_B. _____ W_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/11/08
Effective Date

United States District Judge



# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 13, 2008

United States Probation
550 West Fort Street
Boise, ID 83724-0101

Re:  Michael W. Gaylord
     Docket No.:  CR 08-00151-01 SI
     TRANSFER OF JURISDICTION

Dear CUSPO:

Enclosed please find the Transfer of Jurisdiction forms transferring jurisdiction of the above-referenced case from the _____ District of Idaho _____ to the Northern District of California. To finalize this transfer, please forward this letter to your clerk's office with instructions to file.

If you have any questions regarding the above, please do not hesitate to contact me at the number shown below.

Sincerely,

Amy Rizor
Supervisory U.S. Probation Officer
(415) 436-7559

Enclosures

sp